FILED
ASHEVILLE, N. C.
APR 20 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARYLENE LOWE,<br>Defendant.<br>and<br>STANDARD CORPORATION,<br>Garnishee. | CASE NO. 1:01CV102-T<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Marylene Lowe on August 23, 2005 is DISMISSED.

April 19, 2006

_____
LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE